AO 120 (Rev 4/82)

U.S. GOVERNMENT PRINTING OFFICE: 1983—374-278/2371

| TO: | |
|---|---|
| Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 04-1686 (MLC) | 4/13/04 | Trenton, New Jersey |

| PLAINTIFF | DEFENDANT |
|---|---|
| Medpointe Healthcare Inc. | Morton Grove Pharmaceuticals, Inc. |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | (see copy of complaint annexed) |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Consent Judgement / Findings of Facts & Conclusions 4/17/07 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| WILLIAM T. WALSH | Crystal Kelly | 4/14/04 |

Copy 3—Upon termination of action, mail this copy to Commissioner